IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
JESSE MEANS,                      )
     Plaintiff,                   )     C.A. No. 05-107 Erie
                                  )     District Court McLaughlin
vs.                               )     Magistrate Judge Baxter
                                  )
                                  )
UNITED STATES OF AMERICA, et al., )
     Defendants.                  )
```

## RESPONSE OF THE PLAINTIFF TO THE COURT'S ORDER

NOW COMES, the Plaintiff, Jesse Means, and appearing pro se, hereby responds to the Show Cause Order issued by this Court on August 1, 2005.

This Court has Ordered the Plaintiff to show cause as to why the initial filing fee has not been paid. However, this Show Cause Order should be directed to the Federal Bureau of Prisons, not to the Plaintiff.

The Plaintiff submitted his Authorization to Withdraw Funds to this Court. If the funds have not been withdrawn, then it is the fault of the Federal Bureau of Prisons, not the Plaintiff. The Plaintiff is a pro se litigant, who is incarcerated. He has no control over this situation, and as a result, he should not be penalized.

Dated: August 8, 2005

Respectfully submitted:

Jesse Means #38021-060
Jesse Means
Reg. No. 38021-060
FCI McKean
P.O. Box 8000
Bradford, PA. 16701-0980

## CERTIFICATE OF SERVICE

    I do hereby certify that on this the 4 day of August, 2005, I placed in the United States Mail, first-class postage prepaid, a true and correct copy of the foregoing pleading, for service to counsel for the Defendants, being;

Office of the United States Attorney
Western District of Pennsylvania
&00 Grant Street, Suite 400
Pittsburgh PA

*Jesse Means #38021-060*
Jesse Means