IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE MEANS**       )<br>    Plaintiff,        )<br>                     )<br>vs.                  )<br>                     )<br>**UNITED STATES OF AMERICA, et al.,** )<br>    Defendants.      ) | **C.A. No. 05-107 Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## O R D E R

AND NOW, this 10th day of August, 2005;

IT IS HEREBY ORDERED that Plaintiff pay the initial filing fee in this case before August 31, 2005, as ordered by this Court on April 19, 2005. Despite his incarceration, it is Plaintiff's obligation to prosecute this case in a timely manner. **Failure to comply with this Order will result in the dismissal of this action for failure to prosecute.**

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

<u>S/ Susan Paradise Baxter</u>
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE