IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE MEANS,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>    Defendants. | C.A. No. 05-107 Erie<br><br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## MOTION FOR EXTENSION OF TIMES

NOW COMES, the Plaintiff, Jesse Means, and appearing pro se, and hereby moves this Court to grant an extension of time in which to submit his initial filing fee to this Court.

The earliest that Plaintiff can fill-out the appropriate paperwork to have the funds transferred to the Court will be Thursday September 1, 2005. It takes approximately 2 to 4 weeks for the paperwork to make it through the system and for a check to be cut and sent to the Court.

Therefore, the Plaintiff respectfully moves this Court to grant an extension of time of at least 30 days.

WHEREFORE, facts and premises considered, the Plaintiff prays that this Court grant this motion as moved.

Dated: August 30, 2005

                                            Respectfully submitted:

                                            *Jesse Means 38021-060*
                                            Jesse Means
                                            Reg. No. 38021-060
                                            FCI McKean
                                            P.O. Box 8000
                                            Bradford, PA. 16701-0980

    I do further certify that I placed this pleading in an official depository on this the **30th** day of August, 2005, properly addressed for delivery to this Court, with first-class postage affixed thereto.

                                              *Jesse Means 38021-060*
                                            Jesse Means