IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE MEANS )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>    Defendants. ) | C.A. No. 05-107 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## **O R D E R**

AND NOW, this 6th day of September, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time in which to pay the initial filing fee [Document # 8] is GRANTED. Plaintiff must pay the initial filing fee before September 19, 2005. **Failure to comply with this Order will result in the dismissal of this action for failure to prosecute.**

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE