**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JESSE MEANS**<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    C.A. No. 05-107 Erie<br>)    District Judge McLaughlin |
| **UNITED STATES OF AMERICA, et al.,**<br>    Defendants. | )    Magistrate Judge Baxter<br>) |

## O R D E R

AND NOW, this 4th day of October, 2005;

IT IS HEREBY ORDERED that Plaintiff provide this Court with a copy of his institutional statement showing that the initial filing fee was withdrawn from the account. Plaintiff's failure to abide by this Order before October 14, 2005, will result in the undersigned adopting the Report and Recommendation filed September 20, 2005, thereby dismissing the case for failure to prosecute.

S/ Sean J. McLaughlin
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE