CA 05-107
partial pay
Receipt # 06-9

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000009 - SP
October 6, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | 05-107E | | 39.00 CH |

TOTAL→        39.00

FROM: U.S. TREASURY FOR JESSE MEANS
      05-107 ERIE