## All Transactions



| Inmate Reg #: | 38021060 | Current Institution: | McKean FCI |
| Inmate Name: | MEANS, JESSE | Housing Unit: | A |
| Report Date: | 10/07/2005 | Living Quarters: | A03-104L |
| Report Time: | 9:55:09 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/5/2005 7:08:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS1005 | | $50.88 |
| 10/4/2005 6:15:11 PM | MCK3312 | Sales | ($19.65) | 98 | | $55.88 |
| 10/3/2005 7:03:10 PM | AMService | ITS Withdrawal | ($5.00) | ITS1003 | | $75.53 |
| 10/2/2005 6:38:06 PM | AMService | ITS Withdrawal | ($5.00) | ITS1002 | | $80.53 |
| 10/2/2005 12:52:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS1002 | | $85.53 |
| 10/1/2005 7:03:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS1001 | | $90.53 |
| 10/1/2005 8:32:44 AM | AMService | ITS Withdrawal | ($8.00) | ITS1001 | | $95.53 |
| 9/28/2005 4:57:34 PM | AMService | ITS Withdrawal | ($3.00) | ITS0928 | | $103.53 |
| 9/25/2005 2:39:09 PM | AMService | ITS Withdrawal | ($5.00) | ITS0925 | | $106.53 |
| 9/22/2005 12:50:04 PM | MCK9681 | Court Fees | ($39.00) | | 3146 | $111.53 |
| 9/21/2005 4:31:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0921 | | $150.53 |
| 9/20/2005 5:03:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0920 | | $155.53 |
| 9/20/2005 8:32:24 AM | MCK4019 | Court Fees | $39.00 | 3113-V | | $160.53 |
| 9/20/2005 5:46:18 AM | AMSERVICE | Lockbox - CD | $100.00 | 70141501 | | $121.53 |
| 9/19/2005 12:41:37 PM | MCK4019 | Court Fees | ($39.00) | | 3113 | $21.53 |
| 9/18/2005 5:35:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0918 | | $60.53 |
| 9/14/2005 7:51:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0914 | | $65.53 |
| 9/12/2005 7:17:02 PM | AMSERVICE | Western Union | $50.00 | 33324505 | | $70.53 |
| 9/12/2005 4:44:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS0912 | | $20.53 |
| 9/11/2005 6:05:49 PM | AMService | ITS Withdrawal | ($5.00) | ITS0911 | | $25.53 |
| 9/10/2005 12:51:55 PM | AMService | ITS Withdrawal | ($5.00) | ITS0910 | | $30.53 |
| 9/9/2005 5:56:45 PM | AMService | ITS Withdrawal | ($1.00) | ITS0909 | | $35.53 |
| 9/8/2005 5:53:55 PM | AMService | ITS Withdrawal | ($2.00) | ITS0908 | | $36.53 |
| 9/7/2005 8:41:44 AM | MCK9681 | Legal Fees | $0.00 | | | $38.53 |
| 9/6/2005 9:36:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0906 | | $38.53 |
| 9/5/2005 5:40:59 PM | AMService | ITS Withdrawal | ($5.00) | ITS0905 | | $43.53 |
| 9/4/2005 12:22:54 PM | AMService | ITS Withdrawal | ($3.00) | ITS0904 | | $48.53 |
| 9/3/2005 11:17:09 AM | AMService | ITS Withdrawal | ($4.00) | ITS0903 | | $51.53 |
| 9/1/2005 6:03:41 PM | AMService | ITS Withdrawal | ($5.00) | ITS0901 | | $55.53 |
| 8/29/2005 5:19:26 PM | MCK6704 | Sales | ($10.30) | 66 | | $60.53 |
| 8/28/2005 1:28:33 PM | AMService | ITS Withdrawal | ($2.00) | ITS0828 | | $70.83 |
| 8/26/2005 5:51:59 PM | AMService | ITS Withdrawal | ($4.00) | ITS0826 | | $72.83 |
| 8/25/2005 7:13:14 PM | AMSERVICE | Western Union | $70.00 | 33323305 | | $76.83 |
| 8/20/2005 5:51:48 PM | AMService | ITS Withdrawal | ($3.00) | ITS0820 | | $6.83 |
| 8/19/2005 4:54:39 PM | AMService | ITS Withdrawal | ($4.00) | ITS0819 | | $9.83 |
| 8/17/2005 7:42:00 PM | AMService | ITS Withdrawal | ($2.00) | ITS0817 | | $13.83 |
| 8/17/2005 4:36:59 PM | AMService | ITS Withdrawal | ($5.00) | ITS0817 | | $15.83 |
| 8/16/2005 6:01:09 PM | AMService | ITS Withdrawal | ($5.00) | ITS0816 | | $20.83 |
| 8/14/2005 12:17:31 PM | AMService | ITS Withdrawal | ($2.00) | ITS0814 | | $25.83 |
| 8/13/2005 6:25:05 PM | AMService | ITS Withdrawal | ($3.00) | ITS0813 | | $27.83 |
| 8/13/2005 8:18:02 AM | AMService | ITS Withdrawal | ($5.00) | ITS0813 | | $30.83 |
| 8/11/2005 5:14:30 PM | AMService | ITS Withdrawal | ($5.00) | ITS0811 | | $35.83 |
| 8/10/2005 6:13:15 PM | AMService | ITS Withdrawal | ($5.00) | ITS0810 | | $40.83 |
| 8/7/2005 5:58:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS0807 | | $45.83 |
| 8/5/2005 6:21:06 PM | AMService | ITS Withdrawal | ($5.00) | ITS0805 | | $50.83 |
| 8/3/2005 6:16:12 PM | AMService | ITS Withdrawal | ($5.00) | ITS0803 | | $55.83 |
| 8/1/2005 5:24:52 PM | AMService | ITS Withdrawal | ($7.00) | ITS0801 | | $60.83 |
| 7/31/2005 8:30:39 PM | AMService | ITS Withdrawal | ($3.00) | ITS0731 | | $67.83 |
| 7/30/2005 12:23:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0730 | | $70.83 |
| 7/28/2005 7:11:06 PM | AMSERVICE | Western Union | $60.00 | 33321305 | | $75.83 |

1 2 3 4

