USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00107-SJM-SPB    Document 16    Filed 01/24/2006    Page 1 of 2

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>Jesse Means | COURT CASE NUMBER<br>CA-05-0107 Erie |
|---|---|
| DEFENDANT<br>James Sherman, et al. | TYPE OF PROCESS<br>Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jesse Means<br>Reg. No. 38021-060<br>FCI McKean<br>P.O. Box 8000<br>Bradford PA. 16701-0980 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>Jesse Means | XX ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>NONE | DATE<br>11/28/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 12/27/05    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>33 00 |
|---|---|---|---|---|---|

REMARKS: cut 9842 8020 5120 12-16-05

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Received by (Please Print Clearly) | B. Date of Delivery |
| 7160 3901 9842 8020 5120 | C. Signature  X  DEC 2 7 2005 | ☐ Agent ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL** | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |

1. Article Addressed to:

UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C.  20530

5-107E.A/C,12/16/05,SRB

PS Form 3811, January 2003                         Domestic Return Receipt