```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JESSE MEANS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-107E |
| | ) |
| v. | ) Hon. Sean J. McLaughlin |
| | ) United States District Judge |
| UNITED STATES OF AMERICA, | ) |
| *et al.*, | ) Hon. Susan Paradise Baxter |
| | ) United States Magistrate Judge |
| Defendants. | ) |
| | ) ELECTRONICALLY FILED |

### O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Second Motion for Enlargement of Time to File Answer and/or Responsive Pleading heretofore filed by Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until May 10, 2006, within which to answer, move, respond and/or otherwise plead to Plaintiff's Complaint.

                                    _____
                                                                      J.

cc: All parties