IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE MEANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 05-107E |
| v. | ) | |
| | ) | HON. SEAN J. McLAUGHLIN |
| UNITED STATES OF AMERICA, | ) | U.S. DISTRICT JUDGE |
| et al., | ) | |
| | ) | HON. SUSAN PARADISE BAXTER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

**O R D E R**

This matter having been raised before the Court on application for leave to take the deposition upon oral examination of a person confined in prison pursuant to 28 U.S.C. § 30(a)(2), and having determined that the deposition of the Plaintiff is consistent with the principles stated in Rule 26(b)(2) FRCP, and for good cause shown,

IT IS HEREBY ORDERED that the application is hereby granted, this _____ day of _____, 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    All parties