IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE MEANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-107E |
| | ) | |
| v. | ) | HON. SEAN J. McLAUGHLIN |
| | ) | U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | HON. SUSAN PARADISE BAXTER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

O R D E R

AND NOW, to wit, this _____ day of _____, 2006,
upon consideration of Defendants' Motion for Extension of
Discovery Period, IT IS HEREBY ORDERED that said Motion is
GRANTED.

IT IS FURTHER ORDERED that all discovery shall be completed
by November 6, 2006.

IT IS FURTHER ORDERED that the following additional
deadlines, contained in the Court's Case Management Order dated
May 10, 2006, are extended as follows:

      1)   November 27, 2006 - Plaintiff's Pretrial Statement

      2)   December 17, 2006 - Defendants' Pretrial Statement


_____
CHIEF U.S. MAGISTRATE JUDGE


cc:  All parties