```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JESSE MEANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-107E |
| | ) | |
| v. | ) | HON. SEAN J. McLAUGHLIN |
| | ) | U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | HON. SUSAN PARADISE BAXTER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of Defendants' Motion to Conduct Examination of Plaintiff and Second Extension of Discovery Period, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants' expert may perform an examination upon Plaintiff for expert discovery purposes to determine the validity and/or extent, if any, of Plaintiff's injuries; and

IT IS FURTHER ORDERED that all discovery shall be completed by December 15, 2006.

IT IS FURTHER ORDERED that the following additional deadlines, contained in the Court's Case Management Order, are extended as follows:

    1)    January 15, 2006 - Plaintiff's Pretrial Statement

    2)    February 15, 2006 - Defendants' Pretrial Statement

 

_____
CHIEF U.S. MAGISTRATE JUDGE