IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE MEANS ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 05-107 Erie |
| ) | District Judge McLaughlin |
| UNITED STATES OF AMERICA, et al., ) | Magistrate Judge Baxter |
|     Defendants. ) | |

## O R D E R

AND NOW, this 24th day of October, 2006;

IT IS HEREBY ORDERED that Defendants' motion to conduct examination of Plaintiff [Document # 27] is GRANTED.

IT IS FURTHER ORDERED that Defendants' second motion for extension of time to conduct discovery [Document # 27] is GRANTED. Discovery shall close on December 15, 2006. No further extensions of time will be granted in this regard.

A case management conference will be set up following the close of discovery.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                              S/ Susan Paradise Baxter
                                              SUSAN PARADISE BAXTER
                                              CHIEF UNITED STATES MAGISTRATE JUDGE