IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


JESSE MEANS,                          )
                    Plaintiff,        )
                                      )
            v.                        )    Civil Action No. 05-107 Erie
                                      )
UNITED STATES OF AMERICA, et al,      )
                    Defendants.       )


### ORDER

AND NOW, this 25th Day of October, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Case Management Conference before the Honorable Susan Paradise Baxter, on Tuesday, December 19, 2006, at 10:00 a.m.  Counsel for Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.


                                      s/Susan Paradise Baxter
                                     SUSAN PARADISE BAXTER
                                     CHIEF UNITED STATES MAGISTRATE JUDGE


c:  all parties of record (lw)