# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jessie Means )
)
)
Plaintiff )
vs. )
United States of America )
)
)
Defendant )

No.    CA 05-107 Erie

**HEARING ON**  December 19, 2006    *Status Conference*

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Jessie Means, pro se

Paul D. Kovac, Esq., AUSA
*Roberta Truman, esg. - BOP*

Appear for Plaintiff

Appear for Defendant

Hearing Begun  *9:57*

Hearing Adjourned to  *10:1*

Hearing concluded C.A.V.

Stenographer  *Heather Nass*

CD:    Index:

**WITNESSES**

For Plaintiff

For Defendant

*P expressed his intent to accept the*
*Ds' offer of judgment.*

*C. Sander*
*Staff Atty.*