IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JESSE MEANS, )
)
    Plaintiff, ) CIVIL ACTION NO. 05-107E
)
v. ) HON. SEAN J. McLAUGHLIN
) U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA, )
et al., ) HON. SUSAN PARADISE BAXTER
) U.S. MAGISTRATE JUDGE
    Defendants. )
) ELECTRONICALLY FILED

**PLAINTIFF'S NOTICE OF ACCEPTANCE**
**OF DEFENDANTS' OFFER OF JUDGMENT**

AND NOW, comes Plaintiff Jesse Means, and hereby accepts the offer of Defendant, the United States of America, dated December 14, 2006, attached hereto, allowing Plaintiff to take judgment against Defendant in the Federal Tort Claims Act claim that is raised in the above-captioned civil action for $3,500.00, inclusive of any costs accrued as of the date of the offer and any attorney's fees payable pursuant to 29 U.S.C. § 3678.

Executed this 19 day of December, 2006.

Respectfully submitted,

_Jesse Means_
Jesse Means, Plaintiff
Reg. No. 38021-060
FCI McKean
Post Office Box 8000
Bradford, PA 16701