IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE MEANS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-107E |
| | ) |
| v. | ) HON. SEAN J. McLAUGHLIN |
| | ) U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| et al., | ) HON. SUSAN PARADISE BAXTER |
| | ) U.S. MAGISTRATE JUDGE |
| Defendants. | ) |
| | ) ELECTRONICALLY FILED |

## OFFER OF JUDGMENT

AND NOW, come Federal Defendants, the United States of America, et al., through counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, Assistant United States Attorney for said district, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offer to allow judgment to be taken against Defendant, the United States, by Plaintiff Jesse Means for $3,500.00 which shall include any attorneys fees payable pursuant to 28 U.S.C. § 2678, and any costs now accrued, which sum shall be in full settlement and satisfaction of all claims raised pursuant to the Federal Tort Claims Act that Plaintiff now has or may hereafter acquire against Defendant on account of the slip and fall incident giving rise to the above suit.

The above offer of judgment shall not constitute an admission of liability or fault on the part of Defendant, the United States of America, or on the part of their agents and/or employees.

## CERTIFICATE OF SERVICE

I hereby certify that the original and two true and correct copies of the within Offer of Judgment were duly served via first class mail and/or hand delivery, to and upon the following:

>Jesse Means, Plaintiff *pro se*
>Reg. No. 38021-060
>FCI McKean
>Post Office Box 8000
>Bradford, PA 16701

>_____
>PAUL D. KOVAC
>Assistant U.S. Attorney

DATED: December 15, 2006