2005V01193
PDK
Cof

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE MEANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-107E |
| | ) | |
| v. | ) | HON. SEAN J. McLAUGHLIN |
| | ) | U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | HON. SUSAN PARADISE BAXTER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

**PROOF OF SERVICE OF PLAINTIFF'S**
<u>**NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**</u>

I, Jesse Means, hereby certify that I am the Plaintiff in the above-captioned civil action and that the Offer of Judgment made by Defendant, the United States of America, which is attached hereto, was received by me via first class mail and/or hand delivery on the _15_ day of December, 2006, and that within ten (10) days thereafter, to wit, on the _19_ day of December, 2006, I served by mail upon Defendants' attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, an Assistant United States Attorney for this district, the foregoing Notice that Plaintiff accepted the Offer of Judgment.

Respectfully submitted,

*Jesse Means*
Jesse Means, Plaintiff
Reg. No. 38021-060
FCI McKean
Post Office Box 8000
Bradford, PA 16701