IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE MEANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-107E ) |
| UNITED STATES OF AMERICA; JAMES F. SHERMAN, WARDEN, FCI MCKEAN; DR. DENNIS OLSEN, CLINICAL DIRECTOR, HEALTH SERVICES DEPT., FCI MCKEAN; JOHN DOE (1-50), PERSONS UNKNOWN AT THIS TIME; | ) U.S. District Judge McLaughlin ) Chief Magistrate Judge Baxter ) ) ELECTRONICALLY FILED ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

MARY BETH BUCHANAN
UNITED STATES ATTORNEY

_Jesse Means_
JESSE MEANS
Reg. No. 38021-060
FCI McKean
P.O. Box 8000
Bradford, PA 16701-0980

s/Paul D. Kovac
PAUL D. KOVAC
Assistant U.S. Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7489

Plaintiff, pro se

Attorney for Defendant

Dated: 12-19-06