IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE MEANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-107E |
| | ) | |
| UNITED STATES OF AMERICA; | ) | U.S. District Judge McLaughlin |
| JAMES F. SHERMAN, WARDEN, | ) | Chief Magistrate Judge Baxter |
| FCI MCKEAN; | ) | |
| DR. DENNIS OLSEN, CLINICAL | ) | ELECTRONICALLY FILED |
| DIRECTOR, HEALTH SERVICES | ) | |
| DEPT., FCI MCKEAN; | ) | |
| JOHN DOE (1-50), PERSONS | ) | |
| UNKNOWN AT THIS TIME; | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW, this _____ day of _____, 2006, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice.  This case is now

**CLOSED**.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE