```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000184 - DM
February 12, 2007

Code    Case #    Qty      Amount

1ST CIVI 05-107 Ecv        14.80 CH

TOTAL→                     14.80

FROM: TREASURY DEPARTMENT FOR:
      JESSE MEANS
```

*partpay filing fee*
*rcpt # 07-184*

*$14.80*

*CA-05-107*