part pay'
CA 05-107

$25.00

rcpt # 57-215

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000215 - DM
March 8, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 05-107 Ecv | | 25.00 CH |

TOTAL → 25.00

FROM: DEPT OF JUSTICE/BOP
JESSE MEANS