Paid in Full

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 07000333 — DM
May 7, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 05-107 E | | 111.20 CH |
| 2ND CIVI | 05-107 E | | 60.00 CH |

TOTAL → 171.20

FROM: US TREASURY FOR:
      JESSE MEANS

1:05-CV-107
part pay $171.20
receipt # 07-333