1:05-CV-107

TO ALL CONCERN PERSONNAL,

I, JESSE MEANS #38021-060 OF GOOD SOUND MIND & BODY WOULD LIKE TO INFORM ALL PERSONS OF MY NEW FACILITY ADDRESS AS OF 3-26-07, SO THAT MY CASE MAY CONTINUE TO BE PROPERLY HANDLE. MY ADDRESS HERE IS:

JESSE MEANS 38021-060
FMC DEVENS
P.O. BX 879 G/A
AYERS MA, 01432

AND IF YOU DO IN FACT HAVE ANY QUESTIONS REGARDING THIS MATTER PLEASE FEEL FREE TO CONTACT MY WIFE @:

Ms. JANICE GREEN
14100 LAKESHORE BLVD.
CLEVE OHIO, 44110 #709

THANK YOU,
Jesse Means

JESSIE MEANS 38021-060
FMC DEVENS
P.O. BOX 879
AYERS MA, 01432

CLERKS OFFICE
UNITED STATES DISTRICT U.S.
P.O. BOX 1820
ERIE, PENNSYLVANIA
16507

CENTRAL MA 019[..]
07 JUN 2007 PM [..]

**RECEIVED**

JUN 1 1 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

