

U. S. Department of Justice

Federal Bureau of Prisons

*U. S. Penitentiary*

---

*Lewisburg, PA. 17837*

November 5, 2007

1:05- CV- 107

Clerk of Court
United States District Court
for the Western District of Pennsylvania
17 S. Park Row
Erie, Pennsylvania 16501

Re:  Inmate MEANS, Jesse - Reg. No. 38021-060
     05-107 Erie

Dear Clerk:

    Please be advised that the above listed individual has been transferred from the United States Penitentiary (USP) Lewisburg, Pennsylvania, to the Federal Medical Center (FMC), Devans, Massachusetts. A copy of inmate Means' PLRA order has been forwarded to FMC Devans.

    If you have any questions regarding inmate Means' PLRA, please Les Owens, Attorney at FMC Devans (978)796-1043.

Sincerely,

D. Weber
Paralegal Specialist

**FILED**

NOV - 8 2007

CLERK ... COURT

## AUTHORIZATION

I, Jesse Means, hereby authorize the custodian of my inmate account to withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee of $ 14.80, and to make monthly payments of twenty percent (20%) of the preceding month's income credited to my account and to forward payments from my account, each time the amount in my account exceeds $10.00, to Clerk, United States District Court, until the entire filing fee of $250.00 for Civil Action No. 05-107 Erie has been paid.

X *Jessie Means* X4 2205

PLAINTIFF                                    DATE

---

## WITHDRAWAL OF ACTION

I, Jesse Means, hereby Move to Withdraw this action.

PLAINTIFF                                    DATE

US DISTRICT COURT
17 S PARK ROW
ERIE, PA 16501

AO 72
(Rev. 8/82)